## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KAYLA BUTTS, et al., | ) |
| Plaintiffs, | ) CASE NO. 3:16-cv-00053 |
| v. | ) JUDGE GINA M. GROH |
| BERKELEY MEDICAL CENTER, et al., | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Plaintiff Kayla Butts, individually and on behalf of her minor daughter, A.F., and Defendants Berkeley Medical Center ("BMC"), West Virginia University Hospitals, Inc. ("WVUH"), Sonia Justice, RN, Shelly Palkovic, RN, and Sara Spurgeon, RN, through their respective counsel, hereby stipulate and agree to dismiss without prejudice the following defendants from Plaintiffs' Complaint: Sonia Justice, RN, Shelly Palkovic, RN, and Sara Spurgeon, RN.

It is hereby agreed to and stipulated by:

| | |
|---|---|
| */s/ Barry J. Nace* | */s/ Matthew P. Moriarty* |
| Barry J. Nace | Matthew P. Moriarty (W.Va. State Bar #4571) |
| Christopher T. Nace | Tucker Ellis LLP |
| Paulson & Nace, PLLC | 950 Main Avenue |
| 1615 New Hampshire Avenue, NW | Suite 1100 |
| Washington, DC 20036 | Cleveland, OH 44113-7213 |
| Telephone:   202.463.1999 | Tel:    216.592.5000 |
| Facsimile:    202.223.6824 | Fax:    216.592.5009 |
| Email: bjn@paulsonandnace.com | E-mail:   MMoriarty@tuckerellis.com |
|           ctnace@paulsonandnace.com | |

*Attorneys for Plaintiffs*

2910652.1

Christine S. Vaglienti (W.Va. State Bar #4987)
Associate Litigation Counsel
WEST VIRGINIA UNITED HEALTH
SYSTEM, INC.
Legal Services
1238 Suncrest Towne Centre Drive
Morgantown, WV 26505
Telephone:   304.598.4199
Facsimile:    304.598.9888
Email:          vaglientic@wvumedicine.org

Garland Nagy (W.Va. State Bar #12561)
Associate General Counsel
CITY HOSPITAL, INC.
BERKELEY MEDICAL CENTER, INC.
2500 Hospital Drive
Morgantown, WV 25402
Telephone:   304.598.4199
Facsimile:    304.598.9888
Email:          garland.nagy@wvumedicine.org

*Attorneys for Defendants West Virginia University Hospitals, Inc., Berkeley Medical Center, Sara Spurgeon, RN, Shelly Palkovic, RN, and Sonia Justice, RN*

2910652.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, a copy of the foregoing **Stipulated Extension of Time to Answer** was filed by faxing the same to the Berkeley County Circuit Court. Notice of this filing will be sent to the following parties via electronic or regular mail:

| | |
|---|---|
| Barry J. Nace<br>Christopher T. Nace<br>Paulson & Nace, PLLC<br>1615 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone:   202.463.1999<br>Facsimile:   202.223.6824<br>Email: btnace@paulsonandnace.com<br>         cnace@paulsonandnace.com | *Attorneys for Plaintiffs* |
| D. Michael Burke, WV Bar No. 550<br>Burke, Schultz, Harman, & Jenkinson<br>P.O. Box 1938<br>Martinsburg, WV 25401<br>Telephone:   304.263.0900<br>Facsimile:   304.267.0469<br>Email: dmburke@burkeandschultz.com | *Attorney for Plaintiffs* |
| Brian J. Warner<br>Timothy R. Linkous<br>Margaret Miner<br>Shuman, McCuskey & Slicer, PLLC<br>1445 Stewartstown Road, Suite 200<br>Morgantown, WV 26505<br>Telephone:   304.291.2702<br>Facsimile:   304.291.2840<br>Email: tlinkous@shumanlaw.com<br>         bwarner@shumanlaw.com<br>         mminer@shumanlaw.com | *Attorneys for Defendant Avinash Purohit, MD* |
| Erin C. Tison<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>P.O. Box 591<br>Wheeling, WV 26003<br>Telephone:   304.234.0100<br>Facsimile:   304.234.0112<br>Email:  erin.tison@usdoj.gov | *Attorneys for Defendant United States of America* |

2910652.1

        */s/ Matthew P. Moriarty*
        Matthew P. Moriarty (W.Va. Bar ID #4571)
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone:  216.592.5000
        Facsimile:   216.592.5009
        E-mail:       MMoriarty@tuckerellis.com

*Attorneys for Defendants Berkeley Medical Center and West Virginia University Hospitals, Inc.*

2910652.1