IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

| | |
|---|---|
| KAYLA BUTTS, Individually and on behalf of her daughter, A.F., a minor, | )<br>)<br>) CASE NO. 3:16-cv-00053 |
| Plaintiffs, | )<br>) JUDGE GINA M. GROH |
| v. | )<br>) |
| BERKELEY MEDICAL CENTER, et al., | )<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Plaintiff and the Berkeley Medical Center and Purohit Defendants appeared on April 6, 2017, for a hearing to approve the settlement between certain parties. Prior to the settlement hearing, Plaintiff orally moved the Court to dismiss their Complaint against other Defendants affiliated with Berkeley Medical Center, the only remaining one of which is West Virginia University Hospitals, Inc. There are no objections to Plaintiff's oral motion.

Therefore, the Court hereby orders that Defendant West Virginia University Hospitals, Inc. is dismissed from this case, with prejudice.

**IT IS SO ORDERED.**

**DATED**: April 11, 2017

*[Signature]*
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE

3120770.1