# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

KAYLA BUTTS, individually and on behalf of her daughter A.F., a minor,

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA

*Defendant(s)*

Civil Action No.   3:16-cv-53

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☒ Judgment award     ☐ Judgment costs     ☐ Other

the plaintiff *(name)* Kayla Butts, individually and on behalf of her daughter A.F.   recover from the defendant *(name)* United States of America   the amount of Seven Million One Hundred Thirty-Six Thousand Eight Hundred Ninety-One Dollars and Forty-Seven cents   ($ 7,136,891.47 ), which includes prejudgment interest at the rate of  0  %, plus post judgment interest at the rate of  2.0 % per annum.

This action was:

☐ tried by jury     ☒ tried by judge     ☐ decided by judge

tried by Judge   Gina M. Groh                                   without a jury and the above decision was reached.

Date:   February 22, 2018

*CLERK OF COURT*
Cheryl Dean Riley

C. Diamond
*Signature of Clerk or Deputy Clerk*